[No. 15652-1-II. Division Two. September 11, 1992.]

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*, v. WILLIAM R. GARL, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-10450-1, Terry D. Sebring, J., entered December 13, 1991. *Affirmed in part, reversed in part,* and *vacated in part* by unpublished per curiam opinion.

[No. 13764-0-II. Division Two. September 11, 1992.]

MACK F. MCEUEN, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-2-00890-8, James D. Roper, J., entered March 15, 1990. *Affirmed in part* and *remanded* by unpublished opinion per Petrich, C.J., concurred in by Alexander and Seinfeld, JJ.

[No. 13122-6-II. Division Two. September 11, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBORAH MCDUFFEE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 89-1-00007-9, Michael G. Spencer, J., entered August 15, 1989. *Affirmed* by unpublished opinion per Green, J. Pro Tem., concurred in by Morgan, A.C.J., and Steiner, J. Pro Tem.